1 | RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email: JPaul@rhplawyers.com
       wmotooka@rhplawyers.com
Attorneys for Defendants NANCY COCHRANE
and ANNE MARIE SCHUBERT

PORTER | SCOTT
A PROFESSIONAL LAW CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
jwhitefleet@porterscott.com
Attorney for Defendant CITY OF FOLSOM,
MELANIE CATANIO, DONALD ROWBERRY,
DAVID CANEPA

OGNIAN GAVRILOV, CA SBN: 258583
MARY ANNE MARTIN, CA SBN: 253000
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Phone: (916) 504-0529
Facsimile: (916) 727-6877
Email: mmartin@gavrilovlaw.com
Attorneys for minor G.L.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.L., through his guardian ad litem,<br><br>Plaintiff,<br><br>vs.<br><br>MELANIE CATANIO, an individual;<br>NANCY COCHRANE, an individual;<br>DONALD ROWBERRY, an individual;<br>ANNE MARIE SCHUBERT, as<br>Sacramento County District Attorney;<br>DAVID CANEPA, an individual; and<br>CITY OF FOLSOM, a public entity.<br><br>Defendants. | Case No.: 2:22-cv-01686-JAM-JDP<br><br>**STIPULATION RE: SERVICE OF THE COMPLAINT AND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND; ORDER THEREON** |

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION RE: SERVICE & EOT; ORDER THEREON
Case No. 2:22-cv-01686-JAM-JDP

1

1  WHEREAS plaintiff G.L. commenced this action by filing a civil complaint on September 26, 2022 (ECF 1, "Complaint");

3  WHEREAS a summons was issued on September 26, 2022 to defendants DAVID CANEPA, MELANIE CATANIO, CITY OF FOLSOM, NANCY COCHRANE, DONALD ROWBERRY and ANNE MARIE SCHUBERT (each a "Defendant," and collectively "Defendants");

7  WHEREAS plaintiff G.L. has petitioned the Court for appointment of a Guardian ad Litem, with a hearing date set for November 15, 2022;

9  WHEREAS Defendants wish to defer responding to the Complaint until after a Guardian ad Litem is formally appointed so that they need not challenge the plaintiff's capacity to sue via motions practice and to give the parties the opportunity to sufficiently meet and confer prior to potential motions challenging the Complaint on other grounds;

13  WHEREAS plaintiff's counsel has informed defense counsel that defendant CITY OF FOLSOM was served with the summons and Complaint on September 29, 2022;

15  WHEREAS plaintiff's counsel has informed defense counsel that defendants MELANIE CATANIO, DAVID CANEPA, ANNE MARIE SCHUBERT, and NANCY COCHRANE were served with the summons and Complaint on October 3, 2022;

18  WHEREAS defendant COCHRANE denies being served on October 3, 2022, but her counsel has agreed to accept service on COCHRANE's behalf, effective October 7, 2022, to reduce litigation costs;

21  WHEREAS defendant ROWBERRY has not yet been served with summons and complaint, but his counsel has agreed to accept service on ROWBERRY's behalf, effective October 7, 2022, to reduce litigation costs;

24  WHEREAS, in the interests of judicial economy, the parties also wish to stipulate that service has been duly effectuated on all Defendants and arrange a common response date for all Defendants;

27  THEREFORE, the parties by and through their respective counsel, hereby stipulate as follows:

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION RE: SERVICE & EOT; ORDER THEREON
Case No. 2:22-cv-01686-JAM-JDP

2

1. As of October 7, 2022, all Defendants have been served with the summons and Complaint, together with the court orders and notice of magistrate consent dated September 9, 2022 (ECFs 4, 4-1, 4-2), and plaintiff's application for guardian ad litem (ECFs 5, 5-1, 5-2 and 5-3);

2. All Defendants shall have until November 30, 2022, inclusive, to respond to the Complaint in any manner authorized by Rule 12 of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATE: October 5, 2022               RIVERA HEWITT PAUL LLP


                                    /s/ Wendy Motooka
                                    WENDY MOTOOKA
                                    Attorneys for Defendants NANCY COCHRANE and ANNE MARIE SCHUBERT


DATE: October 5, 2022               PORTER SCOTT
                                    A PROFESSIONAL CORPORATION


                                    By:  /s/ John R. Whitefleet
                                         John R. Whitefleet
                                         Attorney for Defendants CITY OF FOLSOM, MELANIE CATANIO, DONALD ROWBERRY, and DAVID CANEPA


DATE: October 5, 2022               **GAVRILOV & BROOKS**


                                    By:  /s/ Mary Anne Martin
                                         Mary Anne Martin
                                         Attorney for Plaintiff G.L.

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION RE: SERVICE & EOT; ORDER THEREON
Case No. 2:22-cv-01686-JAM-JDP

3

# ORDER

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. All Defendants have been served with the summons and Complaint in this action, effective no later than October 7, 2022; and

2. Defendants shall have until November 30, 2022, inclusive, to respond to the Complaint in any manner authorized by Rule 12 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATE: October 6, 2022         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION RE: SERVICE & EOT; ORDER THEREON
Case No. 2:22-cv-01686-JAM-JDP

4