**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants MELANIE CATANIO, CITY OF FOLSOM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.L., through his guardian ad litem,<br><br>Plaintiff,<br><br>v.<br><br>MELANIE CATANIO, an individual;<br>NANCY COCHRANE, an individual;<br>ANNE MARIE SCHUBERT, individually<br>and as Sacramento County District Attorney;<br>and CITY OF FOLSOM, a public entity,<br><br>Defendants. | Case No. 2:22-cv-01686-JAM-JDP<br><br>**STIPULATION TO CONTINUE RULE26(F) CONFERENCE AND MODIFY ORDER; ORDER**<br><br><br>Complaint Filed: 09/26/2022<br>First Amended Complaint Filed: 11/14/2022 |

Plaintiff G.L., and Defendants MELANIE CATANIO, NANCY COCHRANE, ANNE MARIE SCHUBERT, and CITY OF FOLSOM, by and through their respective counsel of record, submit the following:

WHEREAS Plaintiff's motion for appointment of guardian ad litem has been filed and is set to be heard on December 6, 2022;

WHEREAS Defendants CATANIO and CITY OF FOLSOM have filed a motion to dismiss, set to be heard February 14, 2023;

///

///

WHEREAS Defendants NANCY COCHRANE and ANNE MARIE SCHUBERT intend to file a motion to dismiss on November 30, 2022, and will set the hearing date for February 14, 2023;

WHEREAS counsel for Defendants have transmitted to their respective clients a letter drafted by counsel for Plaintiff regarding a litigation hold in the case;

Accordingly, the parties now hereby agree and stipulate, through their counsel of record, as follows:

1. That the Court's Order Requiring Service of Process and Joint Status Report, which requires the Rule 26(f) conference within 60 days of service on any party (ECF No. 4), shall be modified;

2. That the deadline to hold said conference shall be continued to January 16, 2023.

IT IS SO STIPULATED.

Dated: November 29, 2022             PORTER SCOTT
                                     A PROFESSIONAL CORPORATION

                                     By /s/John R. Whitefleet
                                         John R. Whitefleet
                                         Attorney for Defendants CITY OF
                                         FOLSOM and MELANIE CATANIO

DATE: November 28, 2022              RIVERA HEWITT PAUL LLP

                                     /s/Wendy Motooka (auth'd on 11/28/22)
                                     JONATHAN B. PAUL
                                     WENDY MOTOOKA, SBN 233589
                                     Attorneys for Defendants NANCY COCHRANE
                                     and ANNE MARIE SCHUBERT

DATE: November 28, 2022              GAVRILOV & BROOKS

                                     /s/Mary Ann Martin (auth'd on 11/28/22
                                     Mary Ann Martin, SBN 253000
                                     Attorneys for Plaintiff G.L.

## **ORDER**

Having reviewed the foregoing stipulation to modify the court's Order Requiring Service of Process and Joint Status Report and extend the deadline to complete the Rule 26(f) conference, and good cause appearing, the parties' time to conduct the Rule 26(f) conference shall be extended to January 16, 2023.

**IT IS SO ORDERED.**

Dated:  November 29, 2022                   /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE