**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.L., through his guardian ad litem Stephen J. Greene,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MELANIE CATANIO, an individual; NANCY COCHRANE, an individual; ANNE MARIE SCHUBERT, individually and as Sacramento County District Attorney; and CITY OF FOLSOM, a public entity.<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01686-JAM-JDP<br><br>**STIPULATION RE: FILING OF SECOND AMENDED COMPLAINT; ORDER THEREON** |

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall have until December 29, 2022, inclusive, to file the Second Amended Complaint attached as Exhibit 1 to the joint stipulation of the parties dated December 15, 2022;

2. Upon the filing of the Second Amended Complaint, the pending motions to dismiss and to strike (ECF Nos 29, 32, 33) shall be moot and the hearing on these motions, set for February 14, 2023, shall be VACATED.

**IT IS SO ORDERED.**

Dated: December 16, 2022          /s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE