**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant CITY OF FOLSOM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.L., a minor, | Case No. 2:22-cv-01686-JAM-JDP |
| Plaintiff, | **ORDER ON DEFENDANT CITY OF FOLSOM'S MOTION FOR ADMINISTRATIVE RELIEF TO SEAL PORTIONS OF COMPLAINTS AND CERTAIN EXHIBITS TO COMPLAINTS** |
| v. | |
| MELANIE CATANIO, an individual; NANCY COCHRANE, an individual; ANNE MARIE SCHUBERT, individually and as Sacramento County District Attorney; and CITY OF FOLSOM, a public entity, | |
| Defendants. | |
| _____/ | |

GOOD CAUSE APPEARING, Defendant CITY OF FOLSOM's Motion for Administrative relief (ECF No. 48) pursuant to Local Rules 140 and 141, to seal certain portions of the records in this case, is hereby GRANTED.

The court finds certain documents and information presently filed on the docket may be sealed for the reasons detailed in Defendant City of Folsom's unopposed motion. See ECF No. 48. Accordingly, the Court hereby ORDERS:

1. The following exhibits be sealed:

   a. Exhibit D to Complaint, ECF No. 1-4; and

1

**ORDER ON DEFENDANT CITY OF FOLSOM'S MOTION FOR ADMINISTRATIVE RELIEF TO SEAL PORTIONS OF COMPLAINTS AND CERTAIN EXHIBITS TO COMPLAINTS**

{02901711.DOCX}

b. Exhibit D to Second Amended Complaint, ECF no. 39-4.

2. The following portions of the documents on the docket are ordered to be sealed, and replaced with the attached, redacted copies in accordance with this Order:

a. Complaint ECF No. 1: Paragraphs 91, 93 (page 25, lines 26-28 only), 169-170, 172;

b. First Amended Complaint, ECF No. 27: Paragraphs 47, 48 (page 15, lines 4-6 only), 96, 99 (including fn.9), 100;

c. Draft Second Amended Complaint, ECF No. 37-1: Paragraphs 50, 51 (page 16, lines 2-4 only), 99 (including fn.8), 102 (page 34, lines 13-15 only);

d. Second Amended Complaint, ECF No. 39: Paragraphs 50, 51 (page 16, lines 2-4 only), 99 (including fn.8), 102 (page 34 lines, 13-15 only); and

e. Plaintiff's Opposition to Motion, ECF No. 43: page 8, lines 18-21.

**IT IS SO ORDERED.**

DATE: February 6, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2

**ORDER ON DEFENDANT CITY OF FOLSOM'S MOTION FOR ADMINISTRATIVE RELIEF TO SEAL PORTIONS OF COMPLAINTS AND CERTAIN EXHIBITS TO COMPLAINTS**

{02901711.DOCX}